UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-21337-CIV-GAYLES

THOMAS E. NORRIS,

    Plaintiff,

v.

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Mediator's Report [ECF No. 22], which indicates that this matter has settled in full. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement along with any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of October, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE