UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-21337-CIV-GAYLES

THOMAS E. NORRIS,

        Plaintiff(s),

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendant(s).                    /

**JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, THOMAS E. NORRIS, and the Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by and through their undersigned legal Counsel hereby jointly stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party bearing its own costs and attorney's fees.

Dated this 27th day of November, 2017.

| By: /s/ Alexander Palamara | By: /s/ Jonathan M. Fordin |
|---|---|
| ALEXANDER PALAMARA, ESQ. | JONATHAN M. FORDIN, ESQ. |
| Fla. Bar No. 37170 | Fla. Bar No. 371637 |
| DELL & SCHAEFER | SHUTTS & BOWEN LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 200 S. Biscayne Blvd., Suite 4100 |
| Hollywood, FL 33020 | Miami, FL 33131 |
| (954) 620-8300 | (305) 347-7390 |
| (800) 380-6151 | (305) 347-7790 |
| alex@diattorney.com | jfordin@shutts.com |